■ In the Matter of Robert Grandall, Respondent, v Tracy Fethers, Appellant. [910 NYS2d 741]—Appeal from an order of the Family Court, Steuben County (Peter C. Bradstreet, A.J.), entered October 16, 2009 in a proceeding pursuant to Family Court Act article 6. The order granted petitioner sole custody of the parties' child.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Kelly F. v Gregory A.F.*, 34 AD3d 1277 [2006]). Present—Centra, J.P., Fahey, Peradotto, Lindley and Green, JJ.